CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

FEB 18 2010

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 7:05CR00024 |
| | ) (Case No. 7:09CV80196) |
| v. | ) |
| | ) ORDER |
| | ) |
| ANDREW J. DANZELL, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the defendant's motion to alter or amend judgment, pursuant to Fed. R. Civ. P. 59(e), is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendant.

ENTER: This 18th day of February, 2010.

/s/ Glen E. Conrad
United States District Judge