CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 25 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:05CR00024 |
| | ) | (CASE NO. 7:09CV80196) |
| v. | ) | ORDER |
| | ) | |
| ANDREW J. DANZELL, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The clerk is **DIRECTED** to reopen this action under 28 U.S.C. § 2255 for consideration of defendant's motion for reconsideration;

2. Defendant's motion to reconsider (ECF No. 149) is **DENIED**; specifically, the motion is **DENIED WITH PREJUDICE** as to the actual innocence arguments under McQuiggin v. Perkins, 133 S. Ct. 1924 (2013) for equitable tolling; and the motion is **DENIED WITHOUT PREJUDICE** as to all claims for relief under § 2255;

3. The clerk **SHALL** strike this § 2255 action from the active docket of the court; and

4. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 25th day of November, 2015.

/s/ Glen E. Conrad
Chief United States District Judge