CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 13 2017

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 7:05CR00024 |
| v. | ) | |
| | ) | **ORDER** |
| ANDREW J. DANZELL, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that Danzell's petition for a writ of mandamus, Docket No. 153, is **DENIED**.

The Clerk is directed to send a copy of this order to the defendant.

ENTER: This 12th day of April, 2017.

Chief United States District Judge