AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 2 7 2018
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ANDREW J. DANZELL ) | Case No: 7:05CR00024-001 |
| ) | USM No: 11052-084 |
| Date of Previous Judgment: 06/19/2006 ) | Randy V. Cargill, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: ___ to ___ months     Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

For the reasons stated in the accompanying memorandum opinion, the defendant is not eligible for a sentence reduction.

Except as provided above, all provisions of the judgment dated  06/19/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 27, 2018

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Glen E. Conrad, Senior United States District Judge
Printed name and title